IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

RONALD WAYNE LEWIS,
    Plaintiff,

v.                                                           Civil No. 3:21cv159 (DJN)

RICHMOND POLICE DEPARTMENT, *et al.*,
    Defendants.

## ORDER
### (Dismissing Action Without Prejudice)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiff's request to proceed *in forma pauperis* is hereby DENIED;

2. The action is hereby DISMISSED WITHOUT PREJUDICE; and,

3. If Plaintiff wishes to proceed with this action, he may submit a new complaint with the full $400 filing fee. The Court will process such a complaint as a new civil action.

Should Plaintiff desire to appeal, written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

Let the Clerk file a copy of this Order electronically and send a copy to Plaintiff.

It is so ORDERED.

                                                                     /s/
                                               David J. Novak
                                             United States District Judge

Richmond, Virginia
Dated: March 31, 2021